Form GTotocloscstmp

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
1000 Elm Street
Suite 1001
Manchester, NH 03101−1708

| | |
|---|---|
| In Re:  Andrea Milchick and Alan Milchick<br>        Debtor | Case No.: 07−10157−JMD |
| | Chapter:  13 |

## ORDER CLOSING CASE

It appears from the records of the court that the estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The chapter 13 case of the above−named debtor(s) is closed.

Dated: 5/1/12

/s/ J. Michael Deasy
Bankruptcy Judge